UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES OF AMERICA,

        - against -

ARMANI CUMMINGS,

                  Defendant.

**12 CR 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On January 1, 2025, defendant Armani Cummings ("Defendant") filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (See Dkt. No. 1898.) On August 6, 2025, this Court issued an order directing the Government to respond within sixty (60) days. (See Dkt. No. 1904.) The Court hereby orders the Government to show cause for its failure to respond or submit a response to Defendant's motion within fourteen (14) days by letter not to exceed three (3) pages.

**SO ORDERED.**

Dated:    23 October 2025
            New York, New York

                                        Victor Marrero
                                        U.S.D.J.

1